**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: PETITION TO EMPANEL FIRST INDICTING GRAND JURY | : | No. 158 MM 2016 |
| | : | |
| | : | |
| | : | |
| PETITION OF: THE HONORABLE FRED A. PIERANTONI, III, PRESIDING JUDGE, LUZERNE COUNTY | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the Petition to Empanel First Indicting Grand Jury is **GRANTED**.